United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JOSE ADONAY URBINA SALAZAR, | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-358 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| *Respondent.* | § | |

**ORDER**

Pending before the Court is the Government's Unopposed Motion for Leave to file its Supplemental Exhibit ("the Government's Unopposed Motion").

Having considered the Government's Unopposed Motion, it is hereby:

**ORDERED** that the Government's Unopposed Motion (Dkt. No. 21) is **GRANTED**; and

**ORDERED** that the exhibit attached to the supplemental filing be included as Exhibit 4 to the Government's previously filed Response to the Petition for Writ of Habeas Corpus, Motion to Dismiss for Lack of Jurisdiction and Motion for Summary Judgment (Dkt. No. 20) and is **DEEMED** timely filed.

**SO ORDERED.**

Signed on this 29th day of January, 2026.

_____
Ignacio Torteya, III
United States Magistrate Judge