UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ADONAY URBINA SALAZAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-358 |
| | § | |
| | § | |
| PAMELA JO BONDI, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Jose Adonay Urbina Salazar is a national of El Salvador currently detained by United States immigration authorities in Cameron County, Texas.  He has protection from removal to El Salvador.

On January 28, 2026, Respondents filed a Notice indicating that they planned to remove Petitioner to Mexico as soon as January 30, 2026. (Notice, Doc. 19)  Petitioner challenges Respondents' third-country removal procedures. (Motion for Temporary Restraining Order, Doc. 4)

Respondents filed a Motion for Summary Judgment (Doc. 20) contesting, in part, subject matter jurisdiction.

On February 2, the Court held a status conference and heard arguments of counsel.  To maintain the status quo while the Court considers the issues that Petitioner presents, the Court has entered a Temporary Restraining Order (Doc. 24) and has twice extended it. (TROs, Docs. 26, 27).

On February 17, Respondents filed an Advisory stating that Petitioner had received a reasonable fear interview regarding Mexico, but that Respondents determined Petitioner failed to establish reasonable fear of torture or persecution in that country. (Advisory, Doc. 28)

1 / 3

The issues that Petitioner raises in the instant matter are substantively similar to the issues presented in *Aranda Gomez v. Bondi, et al.,* No. 1:25-cv-258 (S.D. Texas–Brownsville Division). In that case, this Court has issued its Order and Opinion analyzing the issues and granting a preliminary injunction as to some of the requested relief. *See Aranda Gomez v. Bondi, et al.,* No. 1:25-cv-258 (S.D. Texas–Brownsville Division) (Order and Opinion, Doc. 24).

Based on the record in the instant matter and the applicable law, the Court finds that the analysis in the *Aranda Gomez* Order and Opinion applies equally to the issues that Petitioner raises here. The Court adopts the reasoning of that Order and Opinion by reference.

As a result, it is:

**ORDERED** that Respondents' Motion for Summary Judgment (Doc. 20) is **DENIED** with respect to the jurisdictional challenge;

**ORDERED** that Petitioner Jose Adonay Urbina Salazar's Emergency Motion for Temporary Restraining Order (Doc. 4) is **GRANTED IN PART AND DENIED IN PART**;

**ORDERED** that Respondents shall comply with the notice provisions of the 2025 Guidance as to Petitioner, irrespective of whether the Secretary has determined that the country of removal has provided credible diplomatic assurances that aliens removed to that country will not be persecuted or tortured, and subject to the other requirements in this Order; and

**ORDERED** that Respondents may not remove Petitioner to the designated third country less than seven days after providing him with the notice of the country to which he will be removed.

Based on the record in this case, Respondents have complied with the requirements of the Court's Order and Opinion as to Petitioner. But to afford Petitioner the ability to pursue any available appellate remedies, it is also:

 **ORDERED** that Respondents may not remove Petitioner for seven days from the date of this Order and Opinion.

2 / 3

Signed on February 20, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge